# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARVER BENSON, et al.** | : | CIVIL ACTION |
| **Plaintiffs,** | : | |
| v. | : | No.: 09-cv-3194 |
| | : | |
| **GIANT FOOD STORES, LLC, et al.** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this __28TH__ day of February, 2011, upon consideration of Defendant's Motion for Reconsideration (Doc. No. 108), it is hereby ORDERED that the Court's order dated December 10, 2010, is VACATED. The Court will separately schedule oral argument to address the merits of the underlying motion for attorney fees.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE